1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **TRON HENDERSON,**                    )    NO. EDCV 06-334-MAN
                                           )
12                  **Plaintiff,**          )
                                           )    **JUDGMENT**
13          **v.**                          )
                                           )
14  **MICHAEL J. ASTRUE,**                  )
    **Commissioner of the**                 )
15  **Social Security Administration,**     )
                                           )
16              **Defendant.**              )
                                           )
17  ─────────────────────────────────

18

19      Pursuant to the Court's Memorandum Opinion and Order,

20

21      IT IS ADJUDGED that the decision of the Commissioner of the Social

22  Security Administration is reversed, and the cause is remanded for

23  further proceedings consistent with the provisions of the Memorandum

24  Opinion.

25

26  DATED: June 6, 2008

27                                        _____
                                                   /s/
                                          MARGARET A. NAGLE
28                                        UNITED STATES MAGISTRATE JUDGE